
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:22-00005 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1) |
| ERICA BEBLEY | ) | 21 U.S.C. § 841(a)(1) |

# INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

On or about May 12, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about May 12, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly possess a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about June 29, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about July 9, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about July 11, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about July 20, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about August 1, 2019, in the Middle District of Tennessee, **ERICA BEBLEY** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about August 1, 2019, in the Middle District of Tennessee, **ERICA BEBLEY**, knowing she had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to wit: a Smith & Wesson SW9VE 9mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

MARK H. WILDASIN
UNITED STATES ATTORNEY

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY

3